UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAY 1 5 2001
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN RE BANKAMERICA ) 
CORP. SECURITIES ) MDL No. 1264
LITIGATION )

4:98CV1912 JFN

## ORDER

Before the Court is a motion to withdraw from the action, filed by plaintiffs Brian Butler, Willard Franks, Deborah Lewis, Simon Mahanna, James Oetting, Marie Oetting, Nancy Oetting, Eleanor Satterfield, Harold Srenco, Joyce Srenco, and John Wootton (Doc. 221). The above plaintiffs state that they are named, but not lead, plaintiffs in this action and no longer wish to participate in this case as named plaintiffs. Id. at 1. They aver that their withdrawal will not adversely affect the classes or prejudice the defendants. Id. The defendants have indicated that they have no objection to the withdrawal of these plaintiffs.

Accordingly,

**IT IS HEREBY ORDERED** that the plaintiffs' motion to withdraw from the action (Doc. 221) is granted.

#31

**IT IS FURTHER ORDERED** that the Clerk is directed to close the related cases involving the Willard Franks Trust (CV 499-680) and Deborah Lewis (CV 499-337).

*/s/ John F. Nangle*
UNITED STATES DISTRICT JUDGE

Dated: MAY 15, 2001

2

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 05/16/01 by dbraun
               4:98cv1912    Schneider vs BankAmerica Corp.

15:77 Securities Fraud

```
Martin Green    - 3265            Fax: 314-862-1606
Joe Jacobson    - 3471            Fax: 314-862-1606
Michael Pucillo -                 Fax: 561-835-0322
```

SCANNED & FAXED BY:

MAY 1 6 2001

DJO