# GREEN, SCHAAF & JACOBSON, P.C.
## ATTORNEYS AT LAW

SUITE 700, PIERRE LACLEDE CENTER
7733 FORSYTH BOULEVARD
ST. LOUIS (CLAYTON), MISSOURI 63105

(314) 862-6800
TELECOPIER (314) 862-1606

MARTIN M. GREEN
JOE D. JACOBSON
DAVID T. BUTSCH
JONATHAN F. ANDRES
ALLEN P. PRESS
GREGORY J. CHRISTOFFEL
FERNANDO BERMUDEZ
MATTHEW R. FIELDS
JAUDON R. GODSEY

HON. GEORGE E. SCHAAF
(1930-1995)

COUNSEL
HOWARD KANEFIELD

October 1, 2004

<u>By Fax to (912) 650-4017</u>

Honorable John F. Nangle
Senior United States District Judge
United States District Court
Southern District of Georgia
125 Bull Street, Room 100
Savannah, GA 31412

Re:   *In re BankAmerica Corp. Securities Litigation*, MDL No. 1264

Dear Judge Nangle:

As counsel for the NationsBank lead plaintiffs and on behalf of counsel for the BankAmerica lead plaintiffs, I am submitting the first bi-monthly status report as directed in your Order dated August 18, 2004. The following amounts are best estimates as of the date of this letter based on information received from the Claims Administrator.

## NationsBank Class

| | |
|---|---:|
| Amount mailed to shareholders: | $276,072,455.94 |
| Amount returned or being returned due to: | |
| a. inability to locate recipient: | $     605,986.63 |
| b. duplicate payments: | $  <u>9,145,815.10</u> |
| | $  9,751,801.73 |
| Amount due on misidentified claims: | |
| a. received before May 1, 2004: | $  8,655,250.50 |
| b. received after May 1, 2004: | $     <u>518,373.58</u> |
| | $  9,173,624.08 |

Hon. John F. Nangle
October 1, 2004
Page 2

The Claims Administrator is attempting to locate the current addresses for the 806 undeliverable NationsBank shareholder checks totaling $605,986.63. The duplicate payments are the result of, among other things, claims being submitted by shareholders and by their brokers or trust officers for the same shares. The Administrator expects to complete in the next few weeks its accounting of the misidentified claims received from the Bank of America Trust Department, along with the Bank's supplemental claims received after May 1, 2004.

## BankAmerica Class

| | |
|---|---|
| Amount mailed to shareholders: | $129,157,875.38 |
| Amount returned or being returned due to: | |
| a. inability to locate recipient: | $ 254,287.89 |
| b. duplicate payments: | $ 13,401,646.57 |
| | $ 13,655,934.46 |
| Amount due on misidentified claims: | |
| a. received before May 1, 2004: | $ 1,698,586.61 |
| b. received after May 1, 2004: | $ 49,441.01 |
| | $ 1,748,027.62 |

The Claims Administrator is attempting to locate the current addresses for the 534 undeliverable NationsBank shareholder checks totaling $254,287.89. The duplicate payments are the result of, among other things, claims being submitted by shareholders and by their brokers or trust officers for the same shares. The Administrator expects to complete in the next few weeks its accounting of the misidentified claims received from the Bank of America Trust Department, along with the Bank's supplemental claims received after May 1, 2004.

Sincerely,

Martin Green

Martin M. Green

cc: Stephen Rodd, Esq.
 James Notis, Esq.
 Michael E. Hamer
 (all via fax)